428 A.2d 687

In the Interest of Jeffrey B. Jones, a minor.

Appeal of Jeffrey B. Jones.

Argued November 14, 1979. Thomas C. Jones, for appellant; Vincent J. Quatrini, Jr., Assistant District Attorney, for Commonwealth, participating party.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

SPAETH, J., concurred in the result.

428 A.2d 687

Malfi v. Malfi, Appellant.

Argued March 20, 1980. Albert Ring, for appellant; Albert J. Bello, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Decree affirmed. Having independently reviewed the record, we are of the opinion that the decree of divorce a.v.m. was properly granted.